FILED
CHARLOTTE, NC
MAY 21 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25cr107-KDB |
| v. | **BILL OF INDICTMENT** |
| AARON DEONDRE CONWAY | Violation: 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about January 11, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**AARON DEONDRE CONWAY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Walther, Model PPK/S .380 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: Walther, Model PPK/S .380 caliber pistol and ammunition seized during the investigation.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_/s/ Kimlani M. Ford_
KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY